IN THE UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF TEXAS
                                DALLAS DIVISION


| | |
|---|---|
| JOE HENRY MACK, #671331, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 3:08-CV-343-N |
| ) | ECF |
| JOHN DOE, ET AL., ) | |
|     Defendants. ) | |


## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DENIES Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to the three-strike provision of 28 U.S.C. § 1915(g).

Signed October 24, 2008.

_____
David C. Godbey
United States District Judge